FILED
JUN - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JESUS CORONA-RIVERA, Defendant. | CASE NO. 08CR1423-W |

**JUDGMENT OF DISMISSAL**

FILED
JUN 04 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

X an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

X of the offense of: 8 USC 1325.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 6/2/08

THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE

I have executed within judgment of dismissal ~~Judgement and Commitment~~ on 6/2/08

United States Marshal

By: ___

USMS Criminal Section